**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 MATTHEW J. FECTEAU,

                                        Plaintiff,
              -against-                                                    25 **CIVIL** 3821 (KMK)

                                                                          **JUDGMENT**

SAFETY NATIONAL CASUALTY
CORPORATION, et al.,

                                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order & Opinion dated March 25, 2026, the Court has considered Plaintiff's

remaining arguments and found them without merit. Defendants' Motions to Dismiss are

granted, and the case is dismissed without prejudice. Defendant Safety National's Motion for

Sanctions is granted in part and denied in part. Plaintiff is hereby temporarily enjoined from

pursuing claims against Safety National arising from the insurance policy issued to the City of

Mount Vernon, and/or the availability of coverage under the Policy, and/or the handling of

claims under the Policy in connection with his civil rights claim in the Related Action;

accordingly, the case is closed.

**Dated:** New York, New York

        March 26, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                        **BY:**        K. mango
                                                _____
                                                        **Deputy Clerk**